Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20–11199–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Cory R. Lomberk
  791 Garton Rd.
  Bridgeton, NJ 08302

Social Security No.:
  xxx–xx–4461

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/1/20
Time:            10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens
under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served
seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection
to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case
may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 18, 2020
JAN: bed

                            Jeanne Naughton
                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 20-11199-JNP
Cory R. Lomberk                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 18, 2020
                              Form ID: 132             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
```
db              +Cory R. Lomberk,    791 Garton Rd.,    Bridgeton, NJ 08302-4864
aty             +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518699205       +COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
518677092       +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Collingswood, NJ 08108-2812
518677093        Roundpoint Mortgage Servicing Corporation,    P.O. Box 19409,    Charlotte, NC 28219-9409
518677094        South Jersey Gas,    P. O. Box 6091,    Bellmawr, NJ 08099-6091
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:20      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518677090       +E-mail/Text: bankruptcy@pepcoholdings.com Feb 19 2020 02:32:40      Atlantic City Electric,
                  PO Box 17006,    Wilmington, DE 19850-7006
518694760       +E-mail/Text: bankruptcy@pepcoholdings.com Feb 19 2020 02:32:40      Atlantic City Electric Co.,
                  Bankruptcy Division,    5 Collins Drive Ste 2133,    Mail Stop 84CP42,
                  Carneys Point, NJ 08069-3600
518677091        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 02:38:04
                  Capital One Bank USA NA,     P.O. Box 30281,    Salt Lake City, UT 84130-0281
518677095       +E-mail/Text: documentfiling@lciinc.com Feb 19 2020 02:29:20      Xfinity,    PO Box 211008,
                  Eagan, MN 55121-2408
                                                                                            TOTAL: 6
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              RoundPoint Mortgage Servicing Corp.,    P.O. Box 19409,    Charlotte, NC  28219-9409
                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor  Druziako   on behalf of Debtor Cory R. Lomberk bkdruziako@aol.com
                                                                                   TOTAL: 3
```