UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Victor Druziako, Esq.
1882 W. Landis Ave.
Vineland, NJ 08360
(856) 692-7474
Counsel for Debtor, Cory R. Lomberk
VD-3263

In Re:

Debtor, Cory R. Lomberk

Order Filed on May 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-11199

Chapter: 13

Judge: JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  02/21/2020         :

Property:    791 Garton Road, Bridgeton, NJ 08302

Creditor:    Roundpoint Mortgage Servicing, Corp.

and a Request for

[X]  Extension of the Loss Mitigation Period having been filed by  Debtor         , and for good cause shown,

[ ]  Early Termination of the Loss Mitigation Period having been filed by  _____,  and for good cause shown,

It is hereby ORDERED that,

[X]  The Loss Mitigation Period is extended up to and including  08/15/2020         .

[ ]  The Loss Mitigation Period is terminated, effective  _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-11199-JNP
Cory R. Lomberk                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin            Page 1 of 1              Date Rcvd: May 19, 2020
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db          +Cory R. Lomberk,    791 Garton Rd.,    Bridgeton, NJ 08302-4864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor  Druziako    on behalf of Debtor Cory R. Lomberk bkdruziako@aol.com
                                                                                             TOTAL: 5