Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–11199–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Cory R. Lomberk
  791 Garton Rd.
  Bridgeton, NJ 08302

Social Security No.:
  xxx–xx–4461

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/5/20
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 29, 2020
JAN: kvr

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                                  Case No. 20-11199-JNP
Cory R. Lomberk                                                         Chapter 13
         Debtor

                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 1                  Date Rcvd: Jun 29, 2020
                               Form ID: 132                Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db             +Cory R. Lomberk,    791 Garton Rd.,    Bridgeton, NJ 08302-4864
aty            +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,   Westmont, NJ 08108-2812
518677092      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,   Collingswood, NJ 08108-2812
518754341      +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,   Fort Mill, SC 29715-0200
518677093       Roundpoint Mortgage Servicing Corporation,   P.O. Box 19409,   Charlotte, NC 28219-9409
518677094       South Jersey Gas,    P. O. Box 6091,   Bellmawr, NJ 08099-6091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2020 01:14:55      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2020 01:14:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518677090      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 30 2020 01:14:29      Atlantic City Electric,
                 PO Box 17006,   Wilmington, DE 19850-7006
518694760      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 30 2020 01:14:29      Atlantic City Electric Co.,
                 Bankruptcy Division,    5 Collins Drive Ste 2133,   Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
518746654      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2020 01:24:49
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518677091       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 01:12:01
                 Capital One Bank USA NA,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
518699205       E-mail/Text: documentfiling@lciinc.com Jun 30 2020 01:13:57      COMCAST,   PO BOX 1931,
                 Burlingame, CA 94011
518677095      +E-mail/Text: documentfiling@lciinc.com Jun 30 2020 01:13:41      Xfinity,   PO Box 211008,
                 Eagan, MN 55121-2408
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             RoundPoint Mortgage Servicing Corp.,   P.O. Box 19409,   Charlotte, NC   28219-9409
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor  Druziako    on behalf of Debtor Cory R. Lomberk bkdruziako@aol.com
                                                                                            TOTAL: 5
```